UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOUSSA CHAFIC MANSOUR,           )
24 Bruce Lane                    )
Newton, MA 02458                 )
                                 )
DANIA MOHAMAD GHALEB ALI         )
AHMAD                            )
24 Bruce Lane                    )
Newton, MA 02458                 )
                                 )
                Plaintiffs,      )
                                 )
        v.                       )
                                 )
EMILIO T. GONZALEZ, Director of  )
the United States Citizenship and)
Immigration Services             )
20 Massachusetts Avenue, N.W.    )
Washington, DC 20529             )
                                 )
ROBERT S. MUELLER, III, Director )
of the Federal Bureau of Investigation )
J. Edgar Hoover Building         )
935 Pennsylvania Avenue, N.W.    )
Washington, DC 20535             )
                                 )
MICHAEL CHERTOFF, Secretary      )
U.S. Department of Homeland      )
Security                         )
425 Murray Drive, Building 410   )
Washington, DC 20528             )
                                 )
                Defendants.      )
_____

**MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiffs, through local counsel, hereby move this Court to permit Amy Prokop, Esq. to appear *pro hac vice* on their behalf in the instant case pursuant to LCvR § 83.2(d). In support of this motion, a declaration by Amy Prokop is attached.

Respectfully submitted,

_____          Dated: 2/8/08
Thomas K. Ragland
(D.C. Bar No. 501021)

Maggio & Kattar, P.C.
11 Dupont Circle, NW, Ste. 775
Washington, DC 20036
Phone: (202) 483-0053
Fax: (202)483-6801

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOUSSA CHAFIC MANSOUR,<br>24 Bruce Lane<br>Newton, MA 02458<br><br>DANIA MOHAMAD GHALEB ALI AHMAD<br>24 Bruce Lane<br>Newton, MA 02458<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20529<br><br>ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Avenue, N.W.<br>Washington, DC 20535<br><br>MICHAEL CHERTOFF, Secretary<br>U.S. Department of Homeland Security<br>425 Murray Drive, Building 410<br>Washington, DC 20528<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF AMY PROKOP IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Amy C. Prokop, make the following declaration Pursuant to LCvR § 83.2(d):

1. My full name is Amy Carole Prokop, and I am employed as an attorney at The Law Offices of Carl Shusterman. My business address is 600 Wilshire Boulevard, Suite 1550, Los Angeles, California 90017. My business telephone number is (213) 623-4592.

2. I am a member in good standing of Bar for the State of California, and am also admitted to practice before the United States Court of Appeals for the Ninth Circuit, the United States District Court for the Central District of California, and the United States District Court for the District of Nebraska.

3. My state bar license number is 227717. I have not been disciplined by any bar.

4. Within the last two years, I have filed one motion to be admitted *pro hac vice* in the District Court for the District of Columbia, in the matter of Bhavesh Kantilal Patel et. al v. Emilio T. Gonzalez et al. This motion is currently pending.

Respectfully submitted,

*[signature]*

Amy C. Prokop
CA Bar No. 227717
The Law Offices of Carl Shusterman
600 Wilshire Blvd., Suite 1550
Los Angeles, CA 90017
Tel. (213) 623-4592
Fax (213) 623-3720

Dated: January 31, 2008