UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOUSSA CHAFIC MANSOUR,<br>DANIA MOHAMAD GHALEB ALI AHMAD,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security, <u>et al.</u>,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 1:08CV00306(RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel for defendants in the above-captioned action.

Dated: April 22, 2008                    Respectfully submitted,


   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov